## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **TONY SPEIGHT and** | * | |
| **FELICE CUNNINGHAM,** | * | |
| **Individually and As Parents and** | * | |
| **Natural Guardians of D.M.C.,** | * | |
| **A Minor,** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION** |
| | * | **FILE NO.   1:11-cv-03163-HTW** |
| **v.** | * | |
| | * | |
| **CORPORAL BENJAMIN** | * | |
| **W. GRIGGS,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW the Plaintiff and hereby files his Certificate of Interested Persons under N.D.L.R. 3.3, a joint filing not being required because Defendant is a governmental party represented by government attorneys, showing the Court as follows:

1.

The undersigned counsel of record for the Plaintiff hereby certifies that the following is a full and complete list of all parties in this action:

1.    Tony Speight

2.    Felicia Cunningham

3.     D.M.C., the minor child of Tony Speight and Felicia Cunningham (identity protected under Fed. R. Civ. P. 5.2)

4.     Corporal Benjamin W. Griggs of the Fulton County Police Department

The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest that could be affected by the outcome of this particular case:

1. Fulton County, Georgia

2. Fulton County Board of Commissioners

3. Craig T. Jones

4. Page Perry, LLC

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for parties in this proceeding:

1. Craig T. Jones

2. R. David Ware

3. Walter B. Yarbrough

4. Steven Rosenberg

Respectfully submitted this 18th day of October, 2011.

/s/ *Craig T. Jones*

_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

PAGE PERRY, LLC
1040 Crown Pointe Parkway, Suite 1050
Atlanta, GA  30038
(770) 673-0047
cjones@pageperry.com

# CERTIFICATE OF SERVICE

I certify that on this day, I served the foregoing **CERTIFICATE OF INTERESTED PERSONS** via the Court's electronic filing system to the following attorneys of record:

> Walter B. Yarbrough, Esq.
> Steven Rosenberg, Esq.
> Office of the County Attorney
> 141 Pryor Street
> Suite 4038
> Atlanta, Georgia  30303

This 18th day of October, 2011.

*/s/ Craig T. Jones*

_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

PAGE PERRY, LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30038
(770) 673-0047
cjones@pageperry.com