IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY SPEIGHT and FELICE CUNNINGHAM, Individually and As Parents and Natural Guardians of D.M.C., A Minor, <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY, GEORGIA, and CORPORAL BENJAMIN W. GRIGGS, <br><br> Defendant. | CIVIL ACTION FILE NO. 1:11-cv-03163-AT |

## NOTICE OF APPEAL

COME NOW Plaintiffs pursuant to FRAP Rule 3 and hereby appeal to the United States Court of Appeals for the Eleventh Circuit from those portions of the interlocutory Order of the District Court entered in this action on September 24, 2013 (Doc. 94) granting partial summary judgment to Defendant Griggs on Plaintiff's federal claims, granting summary judgment to Fulton County, and denying Plaintiffs' cross-motion for partial summary judgment against Griggs, which became ripe for appeal by virtue of the District Court's Order terminating the case on December 17, 2014 (Doc. 138). Said Order constitutes a final decision

under 28 U.S.C. §1291 for which a direct appeal is permitted as a matter of right.

This Notice of Appeal is being filed electronically, and the payment of filing and docketing fees required by 28 U.S.C. §1913 and §1917 is being remitted electronically to the Clerk of this Court pursuant to FRAP 3(e), contemporaneously with the filing of this Notice of Appeal.

Respectfully submitted this 17th day of December, 2014.

>/s/ Craig T. Jones
> CRAIG T. JONES
> Ga. Bar No. 399476
> Attorney for Plaintiffs

THE ORLANDO FIRM, P.C.
315 West Ponce de Leon Avenue
Suite 400
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com

## CERTIFICATE OF SERVICE

I certify that on this day, I served the foregoing **NOTICE OF APPEAL** via the court's electronic filing system to the following attorneys of record:

>OFFICE OF THE COUNTY ATTORNEY
>Walter B. Yarbrough, Esq.
>Steven Rosenberg, Esq.
>141 Pryor Street, Suite 4038
>Atlanta, GA  30303
>
>James E. Dearing, Jr., Esq.
>730 Peachtree Street, N.E.
>Suite 560
>Atlanta, GA  30308

This 17th day of December, 2014.

>/s/ Craig T. Jones
>CRAIG T. JONES
>Ga. Bar No. 399476
>Attorney for Plaintiffs

THE ORLANDO FIRM, P.C.
315 West Ponce de Leon Avenue
Suite 400
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com