**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **TONY SPEIGHT and** | * | |
| **FELICE CUNNINGHAM,** | * | |
| **Individually and As Parents and** | * | |
| **Natural Guardians of D.M.C.,** | * | |
| **A Minor,** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION** |
| | * | **FILE NO. 1:11-CV-03163-AT** |
| **v.** | * | |
| | * | |
| **CORPORAL BENJAMIN** | * | |
| **W. GRIGGS,** | * | |
| | * | |
| **Defendant.** | * | |

**STIPULATION OF DISMISSAL**

COME NOW the undersigned counsel for Plaintiffs and Defendant and hereby stipulate that this matter be dismissed with prejudice, with each party to bear his or her own costs and attorney's fees.

SO STIPULATED this 1st day of November, 2016.

*/s/ Craig T. Jones*

CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

THE ORLANDO FIRM, P.C.
315 W. Ponce de Leon Avenue, Suite 400
Decatur, GA 30030
(404) 373-1800
craig@orlandofirm.com

*/s/ James E. Dearing, Jr.*

JAMES E. DEARING, JR.
Ga. Bar No. 215090
Attorney for Defendant

JAMES E. DEARING, JR., P.C.
730 Peachtree Street, N.E.
Suite 560
Atlanta, GA 30308
(404) 870-0010
jdearing@jed-law.com